DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KELVIN JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-901

_____

February 7, 2024

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Howard L. Dimmig, II, Public Defender, and Richard J. Sanders, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.